

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2019

No. 04-19-00466-CR

Scott R. **WHEELOCK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B18291
Honorable Rex Emerson, Judge Presiding

# O R D E R

On July 9, 2019, we docketed appellant's appeal. According to our electronic case management system, appellant had retained trial counsel, but he appears to be proceeding in our court pro se. On July 11, 2019, appellant filed a "Motion for Assistance," and on July 19, 2019, he filed an "Application for Pro Se Discretionary Review." In his Application for Pro Se Discretionary Review, appellant states that he filed his Motion for Assistance by mistake. Accordingly, we DENY appellant's Motion for Assistance as MOOT.

On July 22, appellant filed a letter with our court requesting the deadline by which he must file a brief and asking whether a handwritten-brief must be written on one side of the paper only. Texas Rule of Appellate Procedure 38.6 establishes the deadline by which appellant must file a brief. Texas Rule of Appellate Procedure 9.4(a) requires that appellant's brief must be on one side of the paper only.

The clerk's record and the court reporter's record are currently due on August 26, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court